315 Ga. 474
FINAL COPY

S22Y0508. IN THE MATTER OF DEBRA KAYE SCOTT.

PER CURIAM.

This matter is before the Court on the State Bar's motion for suspension of Respondent Debra Kaye Scott (State Bar No. 631980). On April 19, 2022, this Court accepted Scott's petition for voluntary discipline and ordered Scott to receive a State Disciplinary Review Board reprimand for her admitted violations of Rules 1.4 and 1.5 (b) of the Georgia Rules of Professional Conduct, see Bar Rule 4-102 (d), in separate disciplinary matters.[1] See *In the Matter of Scott*, 313 Ga. 618 (872 SE2d 279) (2022). Although Scott was notified on several occasions to appear for the reprimand, she failed to appear at the dates and times specified for the reprimand. Therefore, the Court hereby suspends Scott from the practice of law from the date of this

---

[1] We note that the State Bar's website lists Ms. Scott as being "Administrative[ly] Suspen[ded]" for failure to pay license fees.

opinion until such time as the reprimand is administered. See Bar Rule 4-109. Once Scott appears for and is administered the reprimand and the State Bar confirms that Scott received her reprimand, the State Bar is directed to file a motion in this Court to lift the suspension. Scott is reminded of her duties under Bar Rule 4-219 (b).

*Suspended until reprimand administered. All the Justices concur.*

Decided January 18, 2023.

Suspension.

*Paula J. Frederick, General Counsel State Bar, William D. NeSmith III, Deputy General Counsel State Bar, Jenny K. Mittelman, Wolanda R. Shelton, Assistant General Counsel State Bar*, for State Bar of Georgia.

2